RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/24/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY D. HIGGINBOTHAM<br>     LA. DOC #569228<br>VS. | CIVIL ACTION NO. 1:11-cv-0835<br>SECTION P<br>JUDGE DEE D. DRELL |
| THE STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

<u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 23rd day of August, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE